**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7064

HORACE MONTAGUE,

Plaintiff - Appellant,

versus

PATRICK CONROY, Warden, Maryland House of
Correction-Annex; BURLIE FRINK, Head of
Security, Maryland House of Correction-Annex;
JOHN DOE, Head of Records, Maryland House of
Correction-Annex,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-03-3191-AW)

Submitted: August 23, 2006          Decided: September 8, 2006

Before WILKINSON, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bert Walter Kapinus, Hyattsville, Maryland, for Appellant. Glen
William Bell, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND,
Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Horace Montague appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Montague v. Conroy</u>, No. CA-03-3191-AW (D. Md. June 17, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>